**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP,

Plaintiff,

v.

ALLINA HEALTH SYSTEM and PARK CONSTRUCTION COMPANY,

Defendants.

Civil No. 02-406 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the ~~miscellaneous~~ Master list of the automated case assignment system.

DATED: Feb. 25, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FEB 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Hidden Lakes Development

vs. 02-406RHK/JMM

Allina Health System

The above-entitled action has been re-assigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason pursuant to an Order of Recusal by Judge John R. Tunheim. Please note the change in the judges' initials above and refer to them when submitting materials to the court.