IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

Hidden Lakes Development, LLP,

Plaintiff,

v.

Allina Health System and Park Construction Co.,

Defendants.

Court File No.: 02-406 ~~JRT/FLN~~ RHK/JMM

**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER**

WHEREAS, the parties to this Stipulation are Plaintiff Hidden Lakes Development, LLP ("Plaintiff") and Defendant Allina Health System ("Allina"); and

WHEREAS, Allina has requested additional time until ~~April 19, 2002~~ April 1, 2002 JMM to Answer or otherwise respond to the Complaint, and Plaintiff has agreed to such extension.

THEREFORE, the parties hereby stipulate and agree:

1. Allina may have until and through April 19, 2002 to Answer or otherwise respond to the Complaint.

Dated: March 12, 2002

Keith S. Moheban (#216380)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1544

**ATTORNEYS FOR DEFENDANT**

1943016v1

MAR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 13, 2002

William E. Flynn (# 30600)

**LINDQUIST & VENNUM**
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR PLAINTIFF**

## ORDER

This matter comes before the Court on the parties' Stipulation for Extension of Time to Answer or otherwise respond to the Complaint. Based on the foregoing Stipulation and all the files and proceedings herein, the Court makes the following Order:

1. Allina shall have until and through April ~~19~~ April 1, 2002 to Answer or otherwise respond to the Complaint.

Dated: March 15, 2002

Honorable ~~John R. Tunheim~~ Jim M. Mason
Magistrate Judge of District Court