IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

---

Hidden Lakes Development, LLP,

Plaintiff,

v.

Allina Health System and Park Construction Co.,

Defendants.

---

Court File No.: 02-406 RHK/JMM

**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER**

WHEREAS, the parties to this Stipulation are Plaintiff Hidden Lakes Development, LLP ("Plaintiff") and Defendant Park Construction Company ("Park"); and

WHEREAS, Park has requested additional time until April 19, 2002 to Answer or otherwise respond to the Complaint, and Plaintiff has agreed to such extension.

THEREFORE, the parties hereby stipulate and agree:

1. Park may have until and through ~~April 19, 2002~~ April 1, 2002 to Answer or otherwise respond to the Complaint. -JMM

Date: 3-14-02

William M. Beadie (#5629)
of MOORE, COSTELLO & HART, P.L.L.P.
701 Fourth Avenue South, Suite 1350
Minneapolis, MN 55415-1823
Ph: (612) 395-8612
***Attorney for Defendant Park Construction Co.***

MAR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 3/15/02

William E. Flynn (#30600)
Of LINDQUIST & VENNUM
4200 IDS CENTER
80 South Eighth Street
Minneapolis, MN 55402

***Attorney for Plaintiff Hidden Lakes Development***

**ORDER**

This matter comes before the Court on the parties' Stipulation for Extension of Time to Answer or otherwise respond to the Complaint. Based on the foregoing Stipulation and all the files and proceedings herein, the Court makes the follwing Order:

1. Park shall have until and through ~~April 19, 2002~~ April 1, 2002 to Answer or otherwise respond to the Complaint

Dated: 3/15/02

Honorable ~~Richard H. Kyle~~ John M. Mason
Judge of District Court

MPLS:38216.1/57149-86