**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ALLINA HEALTH SYSTEM, and PARK CONSTRUCTION COMPANY,**<br><br>**Defendants.** | **Civil Action No. 02-406 (JEL/JGL)**<br><br>**JOINT STIPULATION AND ORDER** |

**WHEREAS**, the parties in this case have conferred and desire to amend the pleadings in the above-captioned matter; and

**WHEREAS**, Rule 15 of the Federal Rules of Civil Procedure permits parties to amend their pleadings by leave of the Court or by written consent of the adverse party, "and leave shall be freely given when justice so requires"; and

**WHEREAS**, the Court set a deadline of August 1, 2002 for the parties to move to add additional parties to the case;

**THEREFORE**, the parties stipulate and agree that:

1. Allina Health System may amend its Answer as set forth in attached Exhibit A.

2. Hidden Lakes Development Limited Partnership may amend its Complaint as set forth in attached Exhibit B.

2242976v1



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: August 1, 2002

Peggy Kline Kirkpatrick
Keith S. Moheban (#216380)
Peggy Kline Kirkpatrick (#0306678)

**LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION**
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1544
Facsimile: (612) 335-1657

**ATTORNEYS FOR DEFENDANT ALLINA HEALTH SYSTEM**

Date: August 1, 2002

Mark W. Lee
Mark W. Lee (#184214)

**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 672-8200

**ATTORNEYS FOR DEFENDANT PARK CONSTRUCTION COMPANY**

Date: August 1, 2002

William E. Flynn
Richard Ihrig (#48756)
William E. Flynn (#30600)
Peter L. Tester (#222525)

**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR PLAINTIFF HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP**

**ORDER**

Based on the stipulation of counsel and all of the pleadings and files in this case, the Joint Stipulation is approved as follows:

1. Each party shall have thirty days in which to serve their amended pleadings in the form attached to this Joint Stipulation.

IT IS HEREBY SO ORDERED.

Dated: 6-9-5, 2001

Honorable Jonathan Lebedoff
United States Magistrate Judge