**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOR THE FOURTH DIVISION**

Court File No. 02-406 (JEL/JGL)

Hidden Lakes Development, LLP,

Plaintiff,

vs.

Allina Health System and Park Construction Co.,

Defendants.

Allina Health System and Park Construction Co.,

Third-Party Plaintiffs,

vs.

Transitional Hospitals Corporation,

Third-Party Defendant.

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

WHEREAS, the parties believe that a short extension of time to complete the preparation of expert reports is necessary for the full and adequate preparation of this matter for trial, and that the proposed extension herein will not impair the date for the trial of this matter; and

WHEREAS the parties further agree that the proposed extensions will neither prejudice plaintiff's nor defendants' ability to prepare for trial, nor unreasonably delay any subsequent deadlines set forth in the Pretrial Schedule Order; and

WHEREAS, counsel for the parties agree that an Order containing the terms set forth herein may be entered by the court without further notice.

MAR 2 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Doc# 1746584\1

Now, therefore the parties stipulate, pending Court approval, to the following changes in the Court's April 16, 2002 Pretrial Scheduling Order:

1. The present Pretrial Scheduling Order dated April 16, 2002 requires the plaintiff to provide expert disclosures under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) by April 1, 2003, and defendants to provide the identical expert disclosures by May 15, 2003.

2. The parties hereby stipulate and agree that, in order to facilitate completion of case preparation, it would be most efficient to amend the Pretrial Scheduling Order to require plaintiff to make the expert disclosures as required by the Pretrial Scheduling Order on April 15, 2003, and to require the defendants to make the equivalent disclosures by May 30, 2003.

3. The Court's Pretrial Scheduling Order will remain unchanged as to all other deadlines and requirements.

WHEREFORE, the parties hereby stipulate to the entry of an order by this Court extending the deadlines for the disclosure of the identity of the expert witnesses and other requirements under Rule 26 as indicated above.

Dated: March 24, 2003

**LINDQUIST & VENNUM P.L.L.P.**

By Peter L. Tester

Peter L. Tester, Reg. No. 222525
William E. Flynn, Reg. No. 30600
444 Cedar Street
Suite 1700
St. Paul, Minnesota 55101
Telephone: 651-312-9216
Facsimile: 651-223-5332

**ATTORNEYS FOR PLAINTIFF HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP**

**LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: March 24, 2003

**LEONARD, STREET AND DEINARD**

By ______________________________
Keith S. Moheban, Reg. No. 216380
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1544
Facsimile: 612-335-1657

**ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: March ____, 2003

**GREENE ESPEL, P.L.L.P.**

By ______________________________
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
1200 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-373-0830
Facsimile: 612-373-0929

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TRANSITIONAL HOSPITALS CORPORATION**

Dated: March ____, 2003

**MASLON EDELMAN BORMAN & BRAND, LLP**

By ______________________________
Mark W. Lee, Reg. No. 184214
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-8355

**ATTORNEYS FOR DEFENDANT AND THIRD-**

**LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: March ____, 2003

**LEONARD, STREET AND DEINARD**

By______________________________
Keith S. Moheban, Reg. No. 216380
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1544
Facsimile: 612-335-1657

**ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: March 21, 2003

**GREENE ESPEL, P.L.L.P.**

By______________________________
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
1200 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-373-0830
Facsimile: 612-373-0929

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TRANSITIONAL HOSPITALS CORPORATION**

Dated: March ____, 2003

**MASLON EDELMAN BORMAN & BRAND, LLP**

By______________________________
Mark W. Lee, Reg. No. 184214
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-8355

**ATTORNEYS FOR DEFENDANT AND THIRD-**

**LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: March ____, 2003

**LEONARD, STREET AND DEINARD**

By_______________________________
Keith S. Moheban, Reg. No. 216380
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1544
Facsimile: 612-335-1657

**ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: March ____, 2003

**GREENE ESPEL, P.L.L.P.**

By_______________________________
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
1200 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-373-0830
Facsimile: 612-373-0929

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TRANSITIONAL HOSPITALS CORPORATION**

Dated: March 24, 2003

**MASLON EDELMAN BORMAN & BRAND, LLP**

By [signature]
Mark W. Lee, Reg. No. 184214
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-8355

**ATTORNEYS FOR DEFENDANT AND THIRD-**

**ORDER**

Based upon the stipulation of counsel, it is hereby ordered that the deadlines established in the Pretrial Scheduling Order of April 16, 2002 are amended as follows:

> Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
>
> April 15, 2003 – By Plaintiff
>
> May 31, 2003 – By Defendant

Dated: March 24, 2003

**SO ORDERED BY THE COURT:**

The Hon. Jonathan Lebedoff,
United States Magistrate Judge