**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOR THE FOURTH DIVISION**

Court File No. 02-406 (~~JEL~~ JNE/JGL)

Hidden Lakes Development, LLP,

Plaintiff,

vs.

Allina Health System and Park Construction Co.,

Defendants.

Allina Health System and Park Construction Co.,

Third-Party Plaintiffs,

vs.

Transitional Hospitals Corporation,

Third-Party Defendant.

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER**

WHEREAS, plaintiff Hidden Lakes Development, LLP ("Hidden Lakes"), defendants Allina Health Systems ("Allina") and Park Construction Company ("Park"), and third-party defendant Transitional Hospitals Corporations ("THC"), have agreed to utilize alternative dispute resolution (i.e., mediation) in an attempt to resolve the claims and counterclaims in this matter;

FILED JUN 2 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties have agreed that the mediation will be concluded no later than August 30, 2003;

WHEREAS, the parties agree that in order to facilitate mediation a three (3) month extension to the current deadlines in the Pretrial Scheduling Order is desirable;

WHEREAS, the proposed extension of the current deadlines will allow the parties to explore settlement without the time and expense of extensive and intensive expert witness discovery and motion practice;

WHEREAS, the present Pretrial Scheduling Order requires expert witness discovery to be completed by July 1, 2003, requires non-dispositive motions to be served and filed by July 5, 2003, and requires dispositive motions to be served and filed by September 1, 2003; and

WHEREAS, counsel for the parties agree that an Order containing the terms set forth herein may be entered by the Court without further notice.

**NOW, THEREFORE**, the parties stipulate, pending Court approval, that it would facilitate the scheduled mediation to make the following changes in the Court's April 16, 2002 Pretrial Scheduling Order:

1. By October 1, 2003:

   All expert discovery shall be commenced in time to be completed by this date. Additionally, depositions noticed prior to June 1, 2003 and not yet taken shall be completed, and any written discovery that is the subject of a "meet and confer" request under Rule 37 can be supplemented or amended by this date.

2. By November 3, 2003:

   All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed; any discovery that is ordered by the Court as a result of a motion to compel shall be completed prior to the dispositive motion deadline.

3. By December 3, 2003:

   All dispositive motions shall be served and filed.

4. By January 21, 2004:

This case shall be ready for trial.

Dated: June 23, 2003

**LINDQUIST & VENNUM P.L.L.P.**

By Peter L. Tester

Peter L. Tester, Reg. No. 222525
William E. Flynn, Reg. No. 30600
444 Cedar Street
Suite 1700
St. Paul, Minnesota 55101
Telephone: 651-312-9216
Facsimile: 651-223-5332

**ATTORNEYS FOR PLAINTIFF HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: June ____, 2003

**LEONARD, STREET AND DEINARD**

By________________________________

Keith S. Moheban, Reg. No. 216380
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1544
Facsimile: 612-335-1657

**ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: June ____, 2003

**GREENE ESPEL, P.L.L.P.**

By________________________________

Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
1200 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-373-0830
Facsimile: 612-373-0929

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TRANSITIONAL HOSPITALS CORPORATION**

Dated: June ____, 2003

**LINDQUIST & VENNUM P.L.L.P.**

By______________________________
Peter L. Tester, Reg. No. 222525
William E. Flynn, Reg. No. 30600
444 Cedar Street
Suite 1700
St. Paul, Minnesota 55101
Telephone: 651-312-9216
Facsimile: 651-223-5332

**ATTORNEYS FOR PLAINTIFF HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: June 23, 2003

**LEONARD, STREET AND DEINARD**

By______________________________
Keith S. Moheban, Reg. No. 216380
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1544
Facsimile: 612-335-1657

**ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: June ____, 2003

**GREENE ESPEL, P.L.L.P.**

By______________________________
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
1200 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-373-0830
Facsimile: 612-373-0929

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TRANSITIONAL HOSPITALS CORPORATION**

4. By January 21, 2004:

This case shall be ready for trial.

Dated: June ____, 2003

**LINDQUIST & VENNUM P.L.L.P.**

By______________________________
Peter L. Tester, Reg. No. 222525
William E. Flynn, Reg. No. 30600
444 Cedar Street
Suite 1700
St. Paul, Minnesota 55101
Telephone: 651-312-9216
Facsimile: 651-223-5332

**ATTORNEYS FOR PLAINTIFF HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: June ____, 2003

**LEONARD, STREET AND DEINARD**

By______________________________
Keith S. Moheban, Reg. No. 216380
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1544
Facsimile: 612-335-1657

**ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: June 19, 2003

**GREENE ESPEL, P.L.L.P.**

By [signature]
Larry D. Espel, Reg. No. 27595
William P. Hefner, Reg. No. 258349
1200 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Telephone: 612 373-0830
Facsimile: 612-373-0929

Dated: June 23, 2003

**MASLON EDELMAN BORMAN & BRAND, LLP**

By Andre LaMere (#321205) for Mark W. Lee

Mark W. Lee, Reg. No. 184214
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-8355

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF PARK CONSTRUCTION COMPANY**

**ORDER**

Based upon the Stipulation of counsel, it is hereby ordered that the deadlines established in the Pretrial Scheduling Order of April 16, 2002 are amended as follows:

By October 1, 2003:

All expert discovery shall be commenced in time to be completed by this date. Additionally, depositions noticed prior to June 1, 2003 and not yet taken shall be completed, and any written discovery that is the subject of a "meet and confer" request under Rule 37 can be supplemented or amended by this date.

By November 3, 2003:

All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed; any discovery that is ordered by the Court as a result of a motion to compel shall be completed prior to the dispositive motion deadline.

By December 3, 2003:

All dispositive motions shall be served and filed.

By January 21, 2004:

The case shall be ready for trial.

Dated: June 24, 2003

**SO ORDERED BY THE COURT:**

The Honorable Jonathan Lebedoff
United States Magistrate Judge