# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Hidden Lakes Development,
,
,

Plaintiff(s),

v.

Allina Health System,
Park Construction Company,
Transitional Hospital Corporation,

Defendant(s).

**COURT MINUTES**
BEFORE: Ericksen
U.S. Lebedoff Judge

Case No: 02cv406
Date: February 23, 2004
Court Reporter: Maria Weinbeck
Tape Number:
Time Commenced: 9:30 a.m.
Time Concluded: 12:30 P.M.
Time in Court: 3 Hours

APPEARANCES:

Plaintiff(s): William Flynn/Peter Tester/Dick Nowlin for Hidden Lakes Development
for Hidden Lakes Development

Defendant(s): Keith Mohelan/Mary Foarde for Allina Health System
Mark Lee for Park Construction Company
Stacy Bettison/William Hefner for Transitional Hospital Corporation

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** 9 **COURT** 9 **PLAINTIFF** 9 **DEFENDANT**

Hearing on Hidden Lakes Motion for Partial Summary Judgment (#39); Hearing on Allina Health Systems' Motion for Summary Judgment (#48); Hearing on Park Construction Company's Motion for Summary Judgment (#63); Hearing on Transitional Hospital Corporation's Motion for Summary Judgment (55). All motions were taken under advisement.

Motions taken under advisement as of: 2-23-04

: ORDER TO BE ISSUED 9 NO ORDER TO BE ISSUED 9 R&R TO BE ISSUED 9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court 9 Exhibits returned to counsel

s/Sheri L. Frette
Signature of Calendar Clerk