IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 02-406 JNE/JGL

Hidden Lakes Development Limited Partnership,

v.

Allina Health System and Park Construction Co.,

Allina Health System and Park Construction Co.,

Third-Party and Cross-Claim Plaintiffs,

v.

Transitional Hospitals Corporation,

Third-Party and Cross-Claim Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, through their undersigned attorneys, hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice. The parties shall bear their own costs and fees.

Dated: December 30, 2004

**LINDQUIST & VENNUM P.L.L.P.**

By William E. Flynn

William E. Flynn
Peter L. Tester
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/371-3211

**ATTORNEYS FOR PLAINTIFF HIDDEN LAKES DEVELOPMENT LIMITED PARTNERSHIP**

Dated: January 4, 2005

**LEONARD, STREET AND DEINARD**

By Erin C. Skold

Keith S. Moheban
Erin C. Skold
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612-335-1500

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM**

Dated: Jan. 4, 2005

**MASLON EDELMAN BORMAN & BRAND, LLP**

By Mark W. Lee

Mark W. Lee #184214
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-672-8200

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF PARK CONSTRUCTION COMPANY**