IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 02-406 JRE/JDL

Hidden Lakes Development Limited Partnership,

v.

Allina Health System and Park Construction Co.,

Allina Health System and Park Construction Co.,

Third-Party and Cross-Claim Plaintiffs,

v.

Transitional Hospitals Corporation,

Third-Party and Cross-Claim Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2005, I electronically filed a Stipulation of Dismissal with Prejudice with the Clerk of the Court by using the ECF which will send a notice of electronic filing to the following:

William M. Beadie
wmb@mch-pllp.com kss@mch-pllp.com

William E. Flynn
wflynn@lindquist.com

Richard Ihrig
rihrig@lindquist.com
ssondergaard@lindquist.com

Andre Jean LaMere
andre.lamere@maslon.com
kathy.burns@maslon.com

Larry D. Espel
lespel@gr-espel.com

William Patrick Hefner
whefner@gr-espel.com jak@gr-espel.com

Margaret Coulman Kline Kirkpatrick
peggy.kirkpatrick@leonard.com
karen.morris@leonard.com

Mark W. Lee
mark.lee@maslon.com

Keith S. Moheban
keith.moheban@leonard.com
julie.ostvolden@leonard.com

Peter L. Tester
ptester@lindquist.com cfunk@lindquist.com

Dated: January 12, 2005

By s/Keith S. Moheban

Keith S. Moheban (#0216380)
Erin C. Skold (#313683)
Leonard, Street and Deinard
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
612-335-1544
keith.moheban@leonard.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF ALLINA HEALTH SYSTEM