IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Hidden Lakes Development Limited Partnership,

Plaintiff,

v.

Allina Health System and Park Construction Co.,

Defendants.

Court File No.: 02-406 JNE/JGL

---

**[redacted] ORDER**

Pursuant to and commensurate with the Stipulated Dismissal With Prejudice signed by all parties, and for good cause shown, the above-captioned action is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated this 13th day of January, 2005.

Joan N. Ericksen
United States District Court Judge

SCANNED
JAN 14 2005
U.S. DISTRICT COURT ST. PAUL

# LEONARD, STREET AND DEINARD

PROFESSIONAL ASSOCIATION

January 12, 2005

Keith S. Moheban
612-335-1544
keith.moheban@leonard.com

**VIA U.S. MAIL**

The Honorable Joan N. Ericksen
United States District Court
316 North Robert Street
St. Paul, MN 55101

Re: Hidden Lakes Development Limited Partnership v. Allina Health System, et al.
Case File No. 02-406 (JNE/JGL)

Dear Judge Ericksen:

Earlier this week I notified your clerk that the above-referenced case has been settled. Today we filed electronically with the Court a Stipulation of Dismissal with Prejudice signed by all counsel. Enclosed please find a Proposed Order dismissing the case in light of the Stipulation of Dismissal. The parties recommend that you execute this Order and enter it into the Court file.

Very truly yours,

LEONARD, STREET AND DEINARD
A Professional Association

Keith S. Moheban

encl.
KSM/jme
cc: William E. Flynn
Mark W. Lee

RECEIVED
JAN 13 2005
U.S. DIST...
JNE CHAM...